1/4/11  
#1091164  
mm  
$ 1.04

**BULAN, CHIARI, HORWITZ & ILECKI, LLP**
ATTORNEYS AND COUNSELORS AT LAW
14 LAFAYETTE SQUARE, SUITE 1440
<u>BUFFALO, NEW YORK 14203</u>

TELEPHONES:
Erie County: (716)838-4300
(716)854-1332
Fax:(716)204-9728

GERALD CHIARI
MORRIS L. HORWITZ
WILLIAM ILECKI
SARA BULSON
BARBARA R. RIDALL
SUZANNE SMITH
KEITH ROSEBORO

HAROLD P. BULAN OF COUNSEL
PAUL A. PETERS (1940-2010)

January 3, 2011


FILED
JAN 4 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Ste. 250
Buffalo, NY 14202

    Re:   (Case Name)MEREDITH, MICHAEL T. & JEANNINE M.
           Case #10-10498-B
           Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $1.04. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ___ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant: CREDIX AMERICA, INC.    Amount $1.04    Claims Register #2

    Claimant _____    Amount $_____    Claims Register #_____

                                     /s/ Harold P. Bulan
                                     Harold P. Bulan, Trustee